613 A.2d 1207

**Mary Lynne HEALY, Appellant,**

**v.**

**PENNSYLVANIA HUMAN RELATIONS COMMISSION.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1992.

Decided Oct. 14, 1992.

Reargument Denied Jan. 4, 1993.

Joseph A. Fricker, Jr., Fricker & Associates, Poughkeepsie, Steven Leindecker, Grogan, Graffam, McGinley & Lucchino, P.C., Pittsburgh, for appellant at No. 85.

Charles R. Volk, Jane Lewis Volk, Volk, Frankovitch, Anetakis, Recht, Robertson & Hellerstedt, Poughkeepsie, for North American Corp.

Vincent A. Ciccone, Asst. Chief Counsel, Diane Blancet–Maddock, Asst. Chief Counsel, Pittsburgh, for Pennsylvania Human Relations Com'n.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.